**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TAMARA JEAN FARRELL,<br>an individual, | ) | |
| | ) | |
| | ) | CASE NO.: 1:24-cv-00613-JPB |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DEVI HAMPTON LLC, | ) | |
| a Georgia Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing the written language of their agreement and obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within ten (10) days. The parties additionally request that all upcoming deadlines be adjourned while they finalize their agreement.

April 12, 2024

1

Respectfully submitted,                         Respectfully submitted,


**/s/ John A. Moore**                           **/s/ Todd N. Robinson**
John A. Moore, Esq.                             Todd N. Robinson, Esq.
Georgia Bar No: 519792                          Georgia Bar No. 434550
The Moore Law Group, LLC                        Michael R. Wing, Esq.
1745 Martin Luther King, Jr. Drive              Georgia Bar No. 770463
Atlanta, Georgia 30314                          ROBINSON FRANZMAN LLP
Tel: (678) 288-5601                             191 Peachtree Street, NE, 26th Floor
Fax: (888) 553-0071                             Atlanta, Georgia 30303
jmoore@moorelawllc.com                          Tel: (404) 255-2503
                                                todd@rfllplaw.com

*Attorney for Plaintiff*

                                                *Attorney for Defendant*


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ John A. Moore
John A. Moore, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all registered participants to the following:

2

Todd N. Robinson, Esq.
ROBINSON FRANZMAN LLP
191 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30303
todd@rfllplaw.com

/s/ John A. Moore
John A. Moore
Georgia Bar No. 519792
Counsel for Plaintiff
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
Fax: (888) 553-0071
Tel: (678) 288-5601
jmoore@moorelawllc.com