## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TAMARA JEAN FARRELL,<br>an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEVI HAMPTON LLC,<br>a Georgia Limited Liability Company,<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:24-cv-00613-JPB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action and all claims with prejudice, each party to bear its respective fees and costs.

Dated: May 8, 2024

Respectfully submitted,                    Respectfully submitted,

/s/ John A. Moore                             /s/ Todd N. Robinson
John A. Moore, Esq.                          Todd N. Robinson, Esq.
Georgia Bar No: 519792                    Georgia Bar No. 434550
The Moore Law Group, LLC               Michael R. Wing, Esq.
1745 Martin Luther King, Jr. Drive      Georgia Bar No. 770463
Atlanta, Georgia 30314                       ROBINSON FRANZMAN LLP
Tel: (678) 288-5601                            191 Peachtree Street, NE, 26th Floor
Fax: (888) 553-0071                           Atlanta, Georgia 30303
jmoore@moorelawllc.com               Tel: (404) 255-2503
*Attorney for Plaintiff*                         todd@rfllplaw.com
　　　　　　　　　　　　　　　　*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Todd N. Robinson, Esq.
ROBINSON FRANZMAN LLP
191 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30303
todd@rfllplaw.com

/s/ John A. Moore
John A. Moore, Esq.

2